M. P. No. 76-229. DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with

the provisions of Rule 14, *William J. Burke*, for petitioner. *Julius C. Michaelson*, Attorney General, for respondent.